IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: )
 )
**ROSSCO HOLDINGS, INC.** ) Case No. 10-60953
WM PROPERTIES, LTD. ) Case No. 10-60918
LJR PROPERTIES, LTD. ) Case No. 10-60919
MONTE NIDO ESTATES, LLC ) Case No. 10-60920
COLONY LODGING, INC. ) Case No. 10-60909
ROSSCO PLAZA, INC. ) Case No. 10-60917
     Debtors )

# JOINT MOTION FOR
# JOINT ADMINISTRATION OF CASES

THIS PLEADING REQEUSTS RELEIF THAT MAY BE ADVERSE TO YOUR INTERESTS.

IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED IN THE MOTION MAY BE GRANTED WTIHOUT A HEARING BEING HELD.

A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.

To the Honorable United States Chief Bankruptcy Judge:

Rossco Holdings, Inc., WM Properties, Ltd., and LJR Properties, Ltd., Rossco Plaza, Inc., Colony Lodging, Inc. and Monte Nido Estates, LLC, debtors-in-possession herein, respectfully state as follows:

1. Rossco Holdings, Inc. commenced its chapter 11 case on August 2, 2010. Monte Nido Estates, Rossco Plaza, Inc., WM Properties, Ltd. and LJR Properties, Ltd. commenced their respective chapter 11 cases on July 28, 2010. Colony Lodging, Inc. commenced its chapter 11 case on July 27, 2010.

2. Rossco Holdings, Inc. is the general partner of WM Properties, Ltd. and LJR Properties, Ltd.

3. Rossco Holdings, Inc. owns one hundred percent (100%) of the outstanding ownership interests of Rossco Plaza, Inc., Colony Lodging, Inc. and Monte Nido Estates, LLC. The consolidated tax return of Rossco Holdings, Inc. includes the operations of Rossco Plaza, Inc., Colony Lodging, Inc. and Monte Nido Estates, LLC.

4. Rossco Holdings, Inc. in engaged in the businesses of real property leasing, operating, management, development and sales. Rossco Holdings, Inc. furnishes general management, development and/or marketing of the real property businesses for these related debtor entities.

5. LJR Properties, Ltd. owns and operates a 128 room "Howard Johnson's" branded hotel in Killeen, Texas.

6. Rossco Plaza, Inc. owns and operates the 130 room "Plaza Hotel" in Killeen, Texas.

7. WM Properties, Ltd. owns a corner commercial tract in Killeen, Texas and a 3 acre tract in California.

8. Colony Lodging, Inc. owns and operates a 200 unit rental complex in College Station, Texas.

9. Rossco Holdings, Inc. also owns and operates a 60 unit rental complex in College Station, Texas.

10. Monte Nido Estates, LLC owns and is marketing a small division in California.

11. Rossco Holdings, Inc. is a guarantor for the secured indebtedness owing National Guardian Life Insurance Company, the secured lender for both LJR Properties, Ltd. and Rossco Plaza, Inc.'s hotels, as well as to Pacific Mercantile Bank, the secured lender for Colony Lodging, Inc., Monte Nido Estates, LLC and WM Properties, Ltd..

12. Ronald E. Pearson represents Rossco Holdings, Inc., WM Properties, Ltd., LJR Properties, Ltd., Monte Nido Estates, LLC, Rossco Plaza, Inc. and Colony Lodging, Inc.

13. The joint administration of these cases will promote the interests and convenience of all parties in interest and likely will reduce the costs of administration of these cases. Moreover, a joint administration of these case will promote judicial economy and reduce the potential for conflicts among and between the cases.

WHEREFORE, Rossco Holdings, Inc., Rossco Plaza, Inc., Colony Lodging, Inc., Monte Nido Estates, LLC, LJR Properties, Ltd. and WM Properties, Ltd., debtors-in-possession, requests that the Court enter an order for the joint administration of their cases and for such other and further relief, whether at law or in equity, to which these debtors may show themselves to be justly entitled.

**PEARSON & PEARSON**
2109 Birdcreek Terrace
Temple, Texas 76502-1083
Telephone: (254) 778-0699
Facsimile: (254) 778-0500

*/s/ Ronald E. Pearson*
Ronald E. Pearson
SBOT 15695510
E-mail: Ron@Pearson-Lawfirm.com
Mary Black Pearson
SBOT 02373590
E-mail: MaryBP@Pearson-Lawfirm.com

**Attorneys for Rossco Holdings, Inc., Rossco Plaza, Inc., Colony Lodging, Inc., Monte Nido Estates, LLC, LJR Properties, Ltd., and WM Properties, Ltd.**

**Certificate of Service**

The following were electronically served by the Court's CM-ECF filing system:

Patricia Baron Tomasco
Attorney for Pacific Mercantile Bancorp

and by first class mail, postage prepaid, on each creditor listed below.

Dated: August 2, 2010 /s/ Ronald E. Pearson .
Ronald E. Pearson

```
Leonard M Ross
1009 N Beverly Dr
Beverly Hills, CA 90210

A-1 First and Safety
6701 Imperial Dr
Waco, TX 76712

A+ Glass and Mirror
908 Harvey Mitchell Pkwy
College Station, TX 77840

Adelayda Molina
913 Wells St
Killeen, TX 76541

Advanced Carpet Cleaning
PO Box 10300
College Station, TX 77842

Advanta Bank Corp
PO Box 8088
Philadelphia, PA 19101-8088

Advantage Laundry Systems
3836 Dividend Drive
Garland, TX 75042

Advantage Office Supplies
1206 E Jasper Dr
Killeen, TX 76549

All Guard Inc
PO Box 320087
Fairfield, CT 06432
```

Alsop Plumbing
4105 E Stan Schuelter Loop
Killeen, TX 76542

American Hotel Register
PO Box 523
Richfield, OH 44286

American Hotel Register
100 S Milwaukee Ave
Vernon Hills, IL 60061

Amero Management Co.
1011 1/2 Beverly Dr
Beverly Hills, CA 90210

AMSI-INFORM Global Solutions
PO Box 1450 NW 5421
Minneapolis, MN 55485

Andy Grump
20954 Ruether Avenue
Santa Clara, CA 91351

Aquila Foster
3208 Green Valley Dr
Killeen, TX 76542

ASCAP
21678 Network Place
Chicago, IL 60673

AS Hospitality
3493 Lamar Ave
Memphis, TN 38118

Atmos Energy
PO Box 790311
St Louis, MO 63179

AT&T
PO Box 6463
Carol Stream, IL 60197

Auto-Chlor
PO Box 4869
Houston, TX 77210

Autumn Hilterbrant
1610 Stewart St
Killeen, TX 76541

Awards & More
710 Rosemary Dr
Bryan, TX 77802

B & E Engineers
24 W St Joseph St
Arcadia, CA 91007-2854

Back 2 New
PO Box 4533
Bryan, TX 77802-4533

Bain Paper & Janitorial Supply
224 Cotton Dr
Waco, TX 76712

Bank of America
PO Box 15710
Wilmington, DE 19886

Bank of America
201 E Washington St
Phoenix, AZ 85004

Bank Midwest
1111 Main Ste 250
Kansas City, MO 64105

Bar Mart
2510 Gravel Drive
Ft Worth, TX 76118

Bernice James
Santa Barbara County Tax Collector
P.O. Box 579
Santa Barbara, CA 93102-0579

BMI General
PO Box 20664
Phoeniz, AZ 85036

Brazos County Tax Assessor Collector
300 E William J Bryan Pkwy
Bryan, TX 77803

Bryan College Station Apt Assoc
1808 Barak
Bryan, TX 77802

Bryan-College Station Eagle
PO Box 3000
Bryan, TX 77805

California Choice
PO Box 7088
Orange, CA 92863

Cathy Sandage
619 N 3rd St
Temple, TX 76501

CCH Inc
Pro System Fx
20101 Hamilton Ave Ste 200
Torrence, CA 90502

Centrolaser Plus
619 North 3rd St
Temple, TX 76501

Century Fire Protection
2100 Kramer Lane
Austin, TX 78758

Centruy Fire Protection
1285 N Post Oak
Houston, TX 77055

Century Link
PO Box 2961
Phoenix, AZ 85062

Century Link Communications
PO Box 660068
Dallas, TX 75266

Chamber of Commerce
PO Box 548
Killeen, TX 76540

Chamber of Commerce
552 E FM 2410
Harker Heights, TX 76548

Chase Home Finance
PO Box 78420
Phoenix, AZ 85004

Chimney Hill Properties, Ltd.
1013 N Beverly Dr
Beverly Hills, CA 90210

Christopher Ortiz
101 East Elms Rd Lt 66
Killeen, TX 76542

CHSC, Ltd.
PO Box 10539
Beverly Hills, CA 90213

Cintas Corporation
PO Box 625737
Cincinnati, OH 45262

City of Killeen
101 N College St
Killeen, TX 76541

College Station Utilities
PO Box 10230
College Station, TX 78842-0230

Commtrak
17493 Nassau Commons
Lewes, DE 19958

Cord Financial
PO Box 1287
Temple, TX 76503

Courtesy Products
PO Box 17488
St Louis, MO 63178

Cynamic Service Solutions
3480 Windqyest Dr
Holland, MI 49424

Dana Holschback
2705 Lohse Rd
Killeen, TX 76543

David Meza
3407 Toledo Dr Apt C
Killeen, TX 76741

Davis Fire Equipment
1140 Finfeather Rd
Bryan, TX 77803

Days Inn
341 Constitution Dr
Copperas Cove, TX 76522

Department of Licensing & Regulation
PO Box 12157
Austin, TX 78711

Direct Energy
PO Box 650273
Dallas, TX 75265

Dowling Electric, Inc.
PO Box 4409
College Station, TX 77805

Dynamic Design
2100 E Stan Schlueter Lp Ste F
Killeen, TX 76543

Ecolab
PO Box 70343
Chicago, IL 60673

Ford Credit
PO Box 7172
Pasadena, CA 91109-7172

Fox Services
219 Dresden Dr
San Antonio, TX 78213

Gladys Bright
3102 Taft St
Killeen, TX 76543

Glazier
11303 Antonione Dr
Houston, TX 77066

Grainger
201 Freedom Dr
Roanoke, TX 76262

Guest Supply
PO Box 910
Monmouth Junction, NJ 08852

Gustavus Pest Control
1204 Bristol St
Bryan, TX 77802

H & A Plumbing
4562 Rock Prairie Rd W
College Station, TX 77845

HD Supply
PO Box 509058
San Diego, CA 92105-9058

Hallmark Heating
1105 W Stan Schleuter Lp
Killeen, TX 76549

Home Depot
PO Box 509058
San Diego, CA 92150

Hometown Productions
2 News Plaza Dr
Peoria, IL 61614

Howard Johnson International, Inc.
1 Sylvan Way
Parsippany, NJ 07054

HSBC Business Solutions
PO Box 5219
Carol Stream, IL 60197-5219

Z:\Legal Files\Bankruptcy - Chapter 11\Ross, Leonard\Rossco Holdings, Inc\Motion for Joint Administration.doc
Page - 9 -

Hubert
PO Box 631642
Cincinnati, OH 45263

Illustratus
8455 Lenexa Dr
Lenexa, KS 66214

Integrity Refinishing, Inc.
PO Box 38
Coupland, TX 78615

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Jean Myers
2809 Scottsdale Dr
Killeen, TX 76543

Jennifer Suzrez
1701 Terrance Dr Apt 1107
Killeen, TX 76541

John Cassidy
704 Crockett Dr
Killeen, TX 76541

Julia Wolverton
1721 E Centex Expressway
Killeen, TX 76541

KABA ILCO
PO Box 12533
Suycc. Centre-Ville
Montreal, Quebec CN H3C6RIL

Kings III of America
751 Canyon Dr Ste 100
Coppell, TX 75019

Kone Inc
PO Box 429
Moline, IL 61266

Las Virgenes Municipal Water District
4232 Las Virgenes Rd
Calabasas, CA 91302-1994

Lato Supply
PO Box 14830
Phoenix, AZ 85063

Leticia Molina
913 Wells St
Killeen, TX 76541

Lockridge Priest, Inc.
5502 General Bruce Dr
Temple, TX 76502

Lowe's
PO Box 530954
Atlanta, GA 30353-0954

M3 Accouting Services
800B Jesse Jewell Pkwy SW
Gainsville, GA 30501

Mantis Pest Control
400 N 2nd St
Killeen, TX 76542

Marcus Menton
3701 Solomon Dr
Killeen, TX 76542

Marcomet
PO Box 509
Richfield, Oh 44286

Maria Espinoza
1209 Stephen Dr
Killeen, TX 76549

MCI
PO Box 371838
Pittsburg, PA 15250-7838

Michael Johnson
1204 Ridgmont
Killeen, TX 76549

Montecito Water Dist
583 San Yisdro Rd
Santa Barbara, CA 93108-2124

Multi Systems
7600 N 15th St Ste 250
Phoenix, AZ 85020

Muzak of Austin
PO Box 117
San Antonio, TX 78291

National Guardian Life Insurance Co.
Two East Gilman St
Madison, WI 53703

Network Communications, Inc.
PO Box 935080
Atlanta, GA 31193

OneWest Bank, FSB
390 West Valley Parkway
Escondido, CA 92025

Pacific Merchantile Bank
9720 Wilshire Blvd
Beverly Hills, CA 90212

Patricia Adams
4310 River Oaks
Killeen, TX 76543

Pollock
11212 Metric Blvd #200
Austin, TX 78758

Pro Wash
8282 W Trimier Rd
Killeen, TX 76542

Propel Financial Services, LLC
PO Box 100350
San Antonio, TX 78201

Prosperity Bank
2202 Longmire Dr
College Station, TX 77845

Quill Office Supplies
PO Box 37600
Philadelphia, PA 19101

Rachel Hewell
2702 Southwood Dr
Killeen, TX 76549

Ramos
1209 Stephen Dr
Killeen, TX 76549

RD Enterprises
30875 IH 10 W
Boerne, TX 78006

RFF Family Partnership
226 Twenty-Third St
Santa Monica, CA 90402

Richard Abbot
204 W Dale
Nolanville, TX 76559

Rochester Armored Car Co Inc
3937 Leavenworth St
Omaha, NE 68105

Roto-Router
2308 Flintstone Cr
Killeen, TX 76543

Ruffino Lawn Maintenance
PO Box 2603
Bryan, TX 77805

Safemark Systems, LP
PO Box 102008
Atlanta, GA 30368-2008

Sesac
981 J E Lowry Blvd, NW Ste 111
Atlanta, GA 30318

Sherwin Williams
3108 Texas Ave
College Station, TX 77845

Stacey Johnson
1506 Redondo
Killeen, TX 76541

Staples
PO Box 689020
Des Moines, IA 50368

Steely AC Service
PO Box 764
Copperas Cove, TX 76522

Steven Fitzgerald
904 Highland Ave
Killeen, TX 76543

Sudden Link
PO Box 660365
Dallas, TX 75266

Summitt Electrice
2401 Brockton Dr
San Antonio, TX 78217

Swoboda Pest Control
100 W. Brookside Dirve, Ste 9
Bryan, TX 77801

Sysco Foods
101 S Chisholm Trail
Round Rock, TX 78681

Texas Fire Safety
1618 Exchange Pkwy
Waco, TX 76712

The Hartford
PO Box 2907
Hartford, CT 06104-2907

Time Warner
309 N College Ave
Killeen, TX 76541

TKE Corporation
1905 Ramcon St
Temple, TX 76503

Tracy Ortiz
101 East Elms Rd Lt 66
Killeen, TX 76542

TravelClick
300 N Martingale, Ste 500
Schaumburg, IL 60176

Tuloso Modway
9760 Labranch
Corpus Christi, TX 78740

United Roofing and Sheetmetal, Inc.
PO Box 4424
Bryan, TX 77805

US Attorney / IRS
Suite 600
601 N.W. Loop 410
San Antonio, TX 78216

US Attorney General / IRS
950 Pennsylvania Ave NW
Washington, DC 20530

US Food Service, Inc.
979 Springdale Rd
Austin, TX 78702

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

Wells Fargo Financial Leasing
PO Box 6434
Carol Stream, IL 60197-6434

Western Printing
701 Enterprise St N
Aberdeen, SD 57401