The relief described hereinbelow is SO ORDERED.

Signed August 24, 2010.



_____
Ronald B. King
United States Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| ROSSCO HOLDINGS, INC. | § | CASE NO. 10-60953-rbk |
| | § | Chapter 11 |
| Debtor | § | |

### ORDER EXPEDITING HEARING ON
### OBJECTION TO MOTION FOR ADMISSION PRO HAC VICE

Came on for consideration the United States Trustee's Motion to Expedite Hearing on Objection to Motion for Admission Pro Hac Vice. The Court finds that the Motion has merit, and it is therefore

ORDERED that a hearing on the Objection to Motion for Admission Pro Hac Vice shall be held on **August 31, 2010 at 1:30 p.m.** in Waco, Texas. The United States Trustee shall serve notice of this hearing on the Debtor, both of Debtor's counsel, and all parties which have filed a notice of appearance in this case.

###