The relief described hereinbelow is SO ORDERED.

Signed September 15, 2010.



_____
Ronald B. King
United States Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| ROSSCO HOLDINGS, INC. | § | CASE NO. 10-60953-rbk |
| | § | |
| Debtor. | § | Chapter 11 |

### ORDER GRANTING JOINT MOTION TO SUBSTITUTE COUNSEL

Upon consideration of the Joint Motion to Substitute Counsel (the "Motion"), the Court finds and concludes that the relief requested in the Motion is appropriate and not being sought for purposes of delay. It is therefore

ORDERED that, Kelly Hart & Hallman LLP shall be substituted as attorneys of record for Rossco Holdings, Inc. in place of Pearson & Pearson.

###END OF ORDER###