The relief described hereinbelow is SO ORDERED.

Signed September 21, 2010.



_____
Ronald B. King
United States Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 10-60953 |
| ROSSCO HOLDINGS, INC. | |
| DEBTOR | CHAPTER 11 |

ORDER ON *PRO HAC VICE* MOTION

The motion of Stuart M. Richter, of Katten Muchin Rosenman LLP, for admission *pro hac vice* case as counsel for Bank of America is granted.

This order shall not be considered admission to practice generally before this Court or the U.S. District Court for the Western District of Texas.

# # #

Stuart M. Richter
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles CA 90067
Telephone: 310-788-4765
Facsimile: 310-788-4471
stuart.richter@kattenlaw.com

31534492v1