UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Petition Date: 8/2/2010
CASE NUMBER: 10-60953-RBK

CASE NAME: Rossco Holdings, Inc.

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH August YEAR 2010

| MONTH | August | | | | | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 0 | | | | | |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | 00 | | | | | |
| NET INCOME (LOSS) (MOR-6) | 0 | | | | | |
| PAYMENTS TO INSIDERS (MOR-9) | 0 | | | | | |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0 | | | | | |
| TOTAL DISBURSEMENTS (MOR-8) | 0 | | | | | |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

CIRCLE ONE

Are all accounts receivable being collected within terms? (Yes) No
Are all post-petition liabilities, including taxes, being paid within terms? (Yes) No
Have any pre-petition liabilities been paid? Yes (No) If so, describe

Are all funds received being deposited into DIP bank accounts? (Yes) No
Were any assets disposed of outside the normal course of business? Yes (No)
If so, describe
Are all U.S. Trustee Quarterly Fee Payments current? (Yes) No
What is the status of your Plan of Reorganization?
PLAN TO BE FILED WITHIN EXCLUSIVITY PERIOD

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED _____
(ORIGINAL SIGNATURE)

TITLE Vice President

REQUIRED INSURANCE MAINTAINED
AS OF SIGNATURE DATE    EXP. DATE
CASUALTY    YES(NO)
LIABILITY   YES(NO)    8/24/10
VEHICLE     YES(NO)
WORKER'S    YES(NO)
OTHER       YES NO

ATTORNEY NAME: ~~Ronald E. Pearson~~ MICHAEL McCONNELL
FIRM: ~~Pearson & Pearson~~ KELLY HART & HALLMAN LLP
ADDRESS: ~~~~ 201 MAIN ST. #2500
ADDRESS:
CITY, STATE ZIP: ~~Temple, TX~~ FORT WORTH, TX 76102
TELEPHONE: ~~~~ (817) 332-2500

MOR-1

CASE NAME: Rossco Holdings, Inc.     CASE NUMBER: 10-60953-RBK

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 8/2/2010 | MONTH August | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | | |
| Cash (Actual) | 800 | 1000 | | | | | | |
| Accounts Receivable, Net | 0 | 0 | | | | | | |
| Inventory: Lower of Cost or Market | 0 | 0 | | | | | | |
| Prepaid Expenses | 0 | 0 | | | | | | |
| Investments | | | | | | | | |
| Other INTRAcomp ANY (no ettner) | | | | | | | | |
| TOTAL CURRENT ASSETS | 800 | 1000 | | | | | | |
| PROPERTY, PLANT&EQUIP, @ COST | | | | | | | | |
| Less Accumulated Depreciation | | | | | | | | |
| NET BOOK VALUE OF PP & E | | | | | | | | |
| OTHER ASSETS: | | | | | | | | |
| 1. Tax Deposits | | | | | | | | |
| 2. Investments in Subs. | | | | | | | | |
| 3. Real Estate | 1,191,457 | 1,191,457 | | | | | | |
| 4. (attach list) | | | | | | | | |
| TOTAL ASSETS | 1,192,257 | 1,192,457 | | | | | | |

*Per <u>Schedules</u> and <u>Statement of Affairs</u>

MOR-2

Revised 6/1/96

CASE NAME: Rossco Holdings, Inc.  
CASE NUMBER: 10-60953-RBK

# COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 8/2/2010 | MONTH AUGUST | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|
| **LIABILITIES:** | | | | | | | | |
| POST-PETITION LIABILITIES (MOR-4) | | | | | | | | |
| PRE-PETITION LIABILITIES: | | | | | | | | |
| Notes Payable-Secured | 3,662,846 | 3,663,846 | | | | | | |
| Priority Debt | | | | | | | | |
| Federal Income Tax | | | | | | | | |
| FICA/Withholding | | | | | | | | |
| Unsecured Debt | | | | | | | | |
| Other | | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | | | | | | | | |
| **TOTAL LIABILITIES** | | | | | | | | |
| **OWNER'S EQUITY (DEFICIT):** | | | | | | | | |
| PREFERRED STOCK | | | | | | | | |
| COMMON STOCK | | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | | | | | | | |
| RETAINED EARNINGS: Filing Date | (2,470,589) | | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | (2,470,369) | | | | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | | | | | | | | |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | 1,192,257 | 1,192,457 | | | | | | |

MOR-3  *Per Schedules and Statement of Affairs

Revised 6/14/96

CASE NAME: Rossco Holdings, Inc.  CASE NUMBER: 10-60953-RBK

# SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH AUGUST | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | | | | | | | |
| TAX PAYABLE: | | | | | | | |
| Federal Payroll Taxes | | | | | | | |
| State Payroll & Sales | | | | | | | |
| Ad Valorem Taxes | | | | | | | |
| Other Taxes | | | | | | | |
| TOTAL TAXES PAYABLE | | | | | | | |
| SECURED DEBT POST-PETITION | | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | | |
| *ACCRUED PROFESSIONAL FEES: | | | | | | | |
| OTHER ACCRUED LIABILITIES: | | | | | | | |
| 1. Advance by BCSK (to okay D.i.l. Accts) | 200 | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| *TOTAL POST-PETITION LIABILITIES (MOR-3)* | 200 | | | | | | |

* Payment Requires Court Approval.

MOR-4

Revised 6/14/96

CASE NAME: Rossco Holdings, Inc.  CASE NUMBER: 10-60953-RBK

## AGING OF POST-PETITION LIABILITIES
MONTH August

| DAYS | TOTAL | TRADE ACCTS | FED TAXES | STATE TAXES | AD-VALOREM, OTHER TAXES | OTHER (To Fund Oil Aces) |
|---|---|---|---|---|---|---|
| 0-30 | 200 | 0 | 0 | 0 | 0 | 200 |
| 31-60 | 0 | 0 | 0 | 0 | 0 | 0 |
| 61-90 | 0 | 0 | 0 | 0 | 0 | 0 |
| 91+ | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL | 200 | 0 | 0 | 0 | 0 | 200 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | August |
|---|---|
| 0-30 DAYS | 0 |
| 31-60 DAYS | 0 |
| 61-90 DAYS | 0 |
| 91+ DAYS | 0 |
| TOTAL | 0 |

MOR-5

Revised 6/1/96

CASE NAME: Rossco Holdings, Inc.   CASE NUMBER: 10-60953-RBK

## STATEMENT OF INCOME (LOSS)

| MONTH | August | | | | | | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 0 | | | | | | |
| TOTAL COST OF REVENUES | 0 | | | | | | |
| GROSS PROFIT | 0 | | | | | | |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | 0 | | | | | | |
| General & Administrative | 0 | | | | | | |
| Insiders Compensation | 0 | | | | | | |
| Professional Fees | 0 | | | | | | |
| Other (attach list) | 0 | | | | | | |
| TOTAL OPERATING EXPENSES | 0 | | | | | | |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 0 | | | | | | |
| INTEREST EXPENSE | 0 | | | | | | |
| DEPRECIATION | 0 | | | | | | |
| OTHER (INCOME) EXPENSE* | 0 | | | | | | |
| OTHER ITEMS** | 0 | | | | | | |
| TOTAL INT, DEPR & OTHER ITEMS | 0 | | | | | | |
| NET INCOME BEFORE TAXES | 0 | | | | | | |
| FEDERAL INCOME TAXES | 0 | | | | | | |
| NET INCOME (LOSS) (MOR-1) | 0 | | | | | | |

*Accrual Accounting Required, Otherwise Footnote With Explanation*
* Footnote Mandatory
** (Unusual and/or infrequent item(s) outside the ordinary course of business; requires footnote

**MOR-6**

*Revised 6/14/96*

CASE NAME: Rossco Holdings, Inc.                    CASE NUMBER: 10-60953-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH August | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | 800 | | | | | | |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 0 | | | | | | |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 0 | | | | | | |
| 4. LOANS & ADVANCES (attach list) | 0 | | | | | | |
| 5. SALE OF ASSETS | 0 | | | | | | |
| 6. OTHER (attach list) (to sheu D.L. Accts) ADVANCE - BSK | 200 | | | | | | |
| TOTAL RECEIPTS | 200 | | | | | | |
| (Withdrawal)/Contribution by Individual Debtor MFR-2* | 0 | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 0 | | | | | | |
| 8. PAYROLL TAXES PAID | 0 | | | | | | |
| 9. SALES, USE & OTHER TAXES PAID | 0 | | | | | | |
| 10. SECURED / RENTAL / LEASES | 0 | | | | | | |
| 11. UTILITIES | 0 | | | | | | |
| 12. INSURANCE | 0 | | | | | | |
| 13. INVENTORY PURCHASES | 0 | | | | | | |
| 14. VEHICLE EXPENSES | 0 | | | | | | |
| 15. TRAVEL & ENTERTAINMENT | 0 | | | | | | |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 0 | | | | | | |
| 17. ADMINISTRATIVE & SELLING | 0 | | | | | | |
| 18. OTHER (attach list) | 0 | | | | | | |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0 | | | | | | |
| 19. PROFESSIONAL FEES | 0 | | | | | | |
| 20. U.S. TRUSTEE FEES | 0 | | | | | | |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | 0 | | | | | | |
| TOTAL DISBURSEMENTS | 0 | | | | | | |
| 22. NET CASH FLOW | 0 | | | | | | |
| 23. CASH - END OF MONTH (mor-2) | 1000 | | | | | | |

MOR-7                    *Applies to Individual debtor's only.                    Revised 6/1/96

CASE NAME: Rosseo Holdings, Inc.     CASE NUMBER: 10-60953-RBK

## CASH ACCOUNT RECONCILIATION
## MONTH OF August (Pre Petition)

| | | | | | |
|---|---|---|---|---|---|
| BANK NAME | Pache Mercanté | ONB | CHASE | CITIBANK | |
| ACCOUNT NUMBER | #3110335 | #743481 | #7528196 | # | |
| ACCOUNT TYPE | OPERATING | ~~PAYROLL~~ | ~~TAX~~ | ~~WITHHOLDINGS~~ | TOTAL |
| BANK BALANCE | 0 | 0 | 0 | 0 | |
| DEPOSIT IN TRANSIT | 0 | 0 | 0 | 0 | |
| OUTSTANDING CHECKS | 0 | 0 | 0 | 0 | |
| ADJUSTED BANK BALANCE | 0 | 0 | 0 | 0 | |
| BEGINNING CASH - PER BOOKS | 231 | 400 | 25 | 144 | |
| RECEIPTS | 0 | 0 | 0 | 0 | |
| TRANSFERS BETWEEN ACCOUNTS | ⟨231⟩ | ⟨400⟩ | ⟨25⟩ | ⟨144⟩ | |
| (WITHDRAWAL)CONTRIBUTION - BY INDIVIDUAL DEBTOR MFR-2 | 0 | 0 | 0 | 0 | |
| CHECKS/OTHER DISBURSEMENTS | 0 | 0 | 0 | 0 | |
| ENDING CASH - PER BOOKS | 0 | 0 | 0 | 0 | |

MOR-8     Revised 8/14/96

CASE NAME: Rossco Holdings, Inc.  CASE NUMBER: 10-60953-RBK

## CASH ACCOUNT RECONCILIATION
## MONTH OF August (Post Petition)

| BANK NAME | Wells Fargo | Wells Fargo | Wells Fargo | Wells Fargo |
|---|---|---|---|---|
| ACCOUNT NUMBER | #8226116872 | #8226116906 | #8226116880 | #8226116864 |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | DEPOSITORY / OTHER FUNDS | TOTAL |
| BANK BALANCE | 244 | 100 | 400 | 256 | 1000 |
| DEPOSIT IN TRANSIT | 0 | 0 | 0 | 0 | 0 |
| OUTSTANDING CHECKS | 0 | 0 | 0 | 0 | 0 |
| ADJUSTED BANK BALANCE | 244 | 100 | 400 | 256 | 1000 |
| BEGINNING CASH - PER BOOKS | 0 | 0 | 0 | 0 | 800 |
| RECEIPTS | 100 | 100 | 0 | 0 | 200 |
| TRANSFERS BETWEEN ACCOUNTS | 144 | 0 | 400 | 256 | 0 |
| (WITHDRAWAL)CONTRIBUTION- BY INDIVIDUAL DEBTOR MFR-2 | 0 | 0 | 0 | 0 | 0 |
| CHECKS/OTHER DISBURSEMENTS | 0 | 0 | 0 | 0 | 0 |
| ENDING CASH - PER BOOKS | 244 | 100 | 400 | 256 | 1000 |

MOR-8

Revised 8/1/98

CASE NAME: Rossco Holdings, Inc.  
CASE NUMBER: 10-60953-RBK

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U. S. Bankruptcy Code) and the professionals. Also, for insiders identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary.)

| INSIDERS: NAME/POSITION/COMP TYPE | MONTH August | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | 0 | | | | | |

| PROFESSIONALS NAME/ORDER DATE | MONTH August | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | 0 | | | | | |

MOR-9

Revised 6/1/96