The relief described hereinbelow is SO ORDERED.

Signed September 16, 2010.



Ronald B. King
United States Chief Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ROSSCO HOLDINGS, INC., | § | CASE NO. 10-60953-RBK |
| | § | |
| DEBTOR | § | CHAPTER 11 |

### ORDER DISMISSING JOINT MOTION AS WITHDRAWN

On this day came on to be considered *Debtor's* "Joint Motion for Joint Administration of Cases" (Court document #4), and it appears to the Court that the Motion should be dismissed as withdrawn.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above-referenced *Joint Motion for Joint Administration* is hereby **DISMISSED AS WITHDRAWN**.

# # #

The relief described hereinbelow is SO ORDERED.

Signed September 16, 2010.



Ronald B. King
United States Chief Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ROSSCO HOLDINGS, INC., | § | CASE NO. 10-60953-RBK |
| | § | |
| DEBTOR | § | CHAPTER 11 |

### ORDER DISMISSING NOTICE AS WITHDRAWN

On this day came on to be considered *Debtor's* "Notice of Designation as Complex Case" (Court document #2), and it appears to the Court that the Notice should be dismissed as withdrawn.

It is, therefore, ORDERED, ADJUDGED, AND DECREED that the above-referenced *Notice of Designation* is hereby DISMISSED AS WITHDRAWN.

### # # #

The relief described hereinbelow is SO ORDERED.

Signed September 16, 2010.



Ronald B. King
United States Chief Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ROSSCO HOLDINGS, INC., | § | CASE NO. 10-60953-RBK |
| | § | |
| DEBTOR | § | CHAPTER 11 |

### ORDER DISMISSING MOTION AS WITHDRAWN

On September 14, 2010, came on to be heard the *Motion to Dismiss Case* field by **Charles F. McVay, United States Trustee for Region 7** (Court document #25), and it appears to the Court that the Motion should be dismissed as withdrawn.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above-referenced *Motion to Dismiss Case* is hereby **DISMISSED AS WITHDRAWN**.

### ###