**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 06, 2010.**



_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 10-60953 |
| ROSSCO HOLDINGS, INC. | |
| DEBTOR | CHAPTER 11 |

### ORDER ON *PRO HAC VICE* MOTION

The motion of Joshua D. Wayser, of Katten Muchin Rosenman LLP, for admission *pro hac vice* case as counsel for Bank of America is granted.

This order shall not be considered admission to practice generally before this Court or the U.S. District Court for the Western District of Texas.

# # #

Joshua D. Wayser
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles CA 90067
Telephone: 310-788-4715
Facsimile: 310-788-4471
Joshua.wayser@kattenlaw.com

31539310v1