**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 12, 2010.**



_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ROSSCO HOLDINGS, INC. | § | CASE NO. 10-60953-rbk |
| | § | |
| Debtor. | § | Chapter 11 |

**ORDER GRANTING MOTION TO CONTINUE HEARING ON
MOTION BY PACIFIC MERCANTILE BANK TO APPOINT A CHAPTER 11
TRUSTEE OR, IN THE ALTERNATIVE, APPOINT AN EXAMINER**

The Court, having reviewed the Motion to Continue Hearing (the "Motion to Continue") on Motion by Pacific Mercantile Bank ("PMB") to Appoint a Chapter 11 Trustee or, in the Alternative, Appoint an Examiner (the "Motion"), finds that good and sufficient cause exists to grant the relief requested therein; it is therefore

ORDERED that the Motion to Continue is GRANTED; and it is further

ORDERED that the hearing on the Motion is continued from its current setting of October 12, 2010, to a date to be determined after the resolution of PMB's Motion to Transfer Venue to the United States Bankruptcy Court for the Central District of California.

# # # END OF ORDER # # #